**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

JENNIFER FILA,

                  Plaintiff,

                                                1:21-CV-1087
   v.                                                  (FJS/DJS)

STATE UNIVERSITY OF NEW YORK, *et al.*,

                  Defendants.

**ORDER**

    The undersigned has determined that recusal is appropriate in this case pursuant to 28 U.S.C. § 455(a). Accordingly, this case must be assigned to a different Magistrate Judge.

    **WHEREFORE**, it is hereby

    **ORDERED**, that the undersigned disqualifies himself from assignment to this case in accordance with General Order 12(G)(7) and 28 U.S.C. § 455(a); and it is further

    **ORDERED**, that in accordance with General Order 12(G)(7), the Clerk of the Court shall reassign this case at random; and it is further

    **ORDERED**, that the Clerk of the Court shall serve this Order on all parties to this action in accordance with Local Rules.

    **IT IS SO ORDERED**.

Dated:   October 26, 2022
            Albany, New York

                                                    Daniel J. Stewart
                                                    U.S. Magistrate Judge