UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| JENNIFER FILA, | |
| *Plaintiff*, | **STIPULATION OF DISCONTINUANCE** |
| -against- | 21-cv-1087 |
| STATE UNIVERSITY OF NEW YORK, and STATE UNIVERSITY OF NEW YORK AT ONEONTA, | FJS/DJS |
| *Defendants*. | |

_____

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same is hereby discontinued, with prejudice and without costs as to either party as against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| Dated: New York, New York<br>April 17, 2023 | Dated: Albany, New York<br>April 13, 2023 |
| | /s/ *Brittany M. Haner* |
| ADAM GROGAN, ESQ.<br>Tully Rinckey, PLLC<br>420 Lexington Ave.<br>New York, N.Y.<br>(518) 218-7100 | BRITTANY M. HANER<br>Assistant Attorney General<br>State of New York<br>Office of the Attorney General<br>The Capitol<br>Albany, New York 12224<br>(518) 776-2389 |

Date: April 18, 2023

IT IS SO ORDERED.

Frederick J. Scullin, Jr.
Senior United States District Judge